| OHIO CIVIL RIGHTS COMMISSION<br>CHARGE OF DISCRIMINATION<br>EMPLOYMENT | Agency Use Only<br>☐ FEPA<br>☐ EEOC | CHARGE NUMBER: (Agency Use Only)<br>DAY B6 (26923) 12212017 |
|---|---|---|

Completely Fill in the Following

| Name of Charging Party (First Middle Last)<br>**Jessica Walker** | Name of Company<br>**Ohio National Financial Services, Inc. and David Szeremet, Karl Kreunen, Pam Webb and Therese McDonough (Individually)** |
|---|---|
| Address<br>**3900 Otterbein-Ithaca Road** | Address<br>**1 Financial Way** |
| City  State  Zip Code  County<br>**New Madison, OH 45346   Darke** | City  State  Zip Code  County<br>**Cincinnati, OH 45242   Hamilton** |
| Telephone Number<br>**(937) 241-7148** | Telephone Number<br>**(513) 794-6100** |
| Date(s) of Discrimination July 31, 2017 | Total Number of Employees +15  Date of Hire: July 16, 2012 |

**I believe I was discriminated against because of my: (Please identify)**

   Race/Color                     Religion
   Sex                                 National Origin/Ancestry
**X** Disability                 **X** Retaliation
   Military Status
   Age (Over 40 years only – List Date of Birth-

FOR AGE CASES ONLY: I have not commenced any action under section 4112.14 or 4112.02(N), Revised Code with respect to the subject matter of the monetary award or financial benefit I may receive may be limited to back pay and/or restoration of employment fringe benefits and may not include other damages to which I may be entitled as a result of such civil action.

**Type of Discrimination:**

   Demotion                       **X** Discharge/Termination           Discipline
   Failure to Hire                 Forced to Resign               Harassment/Sexual Harassment
   Layoff                            Promotion                     **X** Reasonable Accommodation
   Other (Specify)

Please write a brief but detailed statement of the facts that you believe indicate an unlawful discriminatory practice. Please write legibly.

I.     I have a disability and record of a physical impairment. I engaged in a legally protected activity under Ohio Revised Code Section 4112 and Title VII of the Civil Rights Act of 1964. I have been employed by the above-named Employer since July 16, 2012, most recently as a Senior Advanced Planning Consultant. On July 31, 2017, my employment was terminated.

II.     I believe that I have been unlawfully discriminated against due to my disability and unlawfully retaliated against in that:

I have a disabling medical condition which substantially impairs my reproductive system and has precluded me from conceiving children. I used FMLA leave intermittently from 2013 through 2015, as a reasonable accommodation for my disability, but experienced discrimination on the basis of my disability and retaliation for requesting a reasonable accommodation.

On July 28, 2017, I met with David Szeremet, Karl Kreunen, Pam Webb and Therese McDonough and indicated to them that I intended to ask the Equal Employment Opportunity Commission about my claims of discrimination. David Szeremet, Karl Kreunen, Pam Webb and Therese McDonough retaliated against me for stating that I intended to ask the Equal Employment Opportunity Commission to investigate my claims of discrimination by terminating my employment on July 31, 2017.

I declare under penalty of perjury that I have read the above charge and that it is true to the best of my knowledge, information and belief. I will advise the agency(ies) if I change my address or telephone number and that I will cooperate fully with them in the processing of my charge in accordance to their procedures.

Charging Party Signature /s/ Jessica Walker     Date 12/20/17

Notary or Ohio Civil Rights Commission Representative

Subscribed and sworn to before me on this 20th day of December 2017

LEISYL A JACKSON, Notary Public
In and for the State of Ohio
My Commission Expires May 6, 2020

*PLAINTIFF'S EXHIBIT A*